Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
JO TANKERS BV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JO TANKERS BV, | 07 Civ. _____ (_____) |
| Plaintiff, | |
| -against- | CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| TIANJIN LONGWIT OILS AND GRAINS INDUSTRIAL CO. LTD., | |
| Defendant. | |



I, Michael J. Frevola, attorney for Jo Tanker BV, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Jo Tanker BV is a privately owned company, is not publicly traded, and has no parent company.

Dated:  New York, New York
        July 20, 2007

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
*Attorneys for Plaintiff*

# 4682150_v1