JUDGE KARAS

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
JO TANKERS BV

07 CV 6569

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JO TANKERS BV<br><br>               Plaintiff,<br><br>-against-<br><br>TIANJIN LONGWIT OILS AND GRAINS INDUSTRIAL CO. LTD.,<br><br>               Defendant. | 07 Civ. _____ (____)<br><br>**AFFIDAVIT IN**<br>**SUPPORT OF ATTACHMENT** |

STATE OF NEW YORK     )
                                 ) ss:
COUNTY OF NEW YORK   )

      Michael J. Frevola, being duly sworn, deposes and says:

      1.    I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff Jo Tankers BV ("Plaintiff"), and I am duly admitted to practice before the United States District Court for the Southern District of New York.

2. I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3. Tianjin Longwit Oils and Grains Industrial Co. Ltd. is not listed in the telephone directory of the principal metropolitan areas in this district, nor is it listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4. Our office contacted the Secretary of State for the State of New York and was advised that Tianjin Longwit Oils and Grains Industrial Co. Ltd. is not a New York business entity, nor is it a foreign business entity authorized to do business in New York.

5. To the best of my information and belief, Defendant Tianjin Longwit Oils and Grains Industrial Co. Ltd. cannot be found within this district or within the State of New York.

6. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendant Tianjin Longwit Oils and Grains Industrial Co. Ltd. is liable to Plaintiff for the damages alleged in the Verified Complaint, which amount, as best as can be presently determined, to a total of US$ 519,398.02, including estimated interest, expenses and attorneys' fees.

7. Upon information and belief, Defendant Tianjin Longwit Oils and Grains Industrial Co. Ltd. has property, goods, chattels or effects within this jurisdiction, to wit: funds or accounts held in the name(s) of Tianjin Longwit Oils and Grains Industrial Co. Ltd. at one or more of the following financial institutions:

Bank of America, N.A.

The Bank of New York

Citibank, N.A.

Deutsche Bank Trust Company Americas

HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

UBS AG

Wachovia Bank, N.A.

Société Générale

Standard Chartered Bank

BNP Paribas

Calyon Investment Bank

American Express Bank

Commerzbank

ABN Amro Bank

Bank Leumi USA

Fortis Financial Groups

Banco Popular

Bank of Tokyo-Mitsubishi UFJ Ltd.

China Trust Bank

Great Eastern Bank

Industrial Bank of Korea

Nara Bank

Shin Han Bank

United Orient Bank

8.  Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to US$ 519,398.02.

**WHEREFORE**, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

_____
Michael J. Frevola

Sworn to before me this
20 day of July, 2007

_____
Notary Public

# 4682140_v1

RUDY D. GREEN
Notary Public, State of New York
No. 02GR4052723
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 26, 2010