SULLIVAN, J.

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
JO TANKERS BV



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JO TANKERS BV,

        Plaintiff,

-against-

TIANJIN LONGWIT OILS AND GRAINS
INDUSTRIAL CO. LTD.,

        Defendant.

---

07 Civ. 6569 (RJS)

**NOTICE OF
VOLUNTARY
DISMISSAL**

    **PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of

Civil Procedure, Plaintiff Jo Tankers BV, by and through its attorneys of record, dismisses this

action without prejudice.

Dated: New York, New York
       January 9, 2008

                              HOLLAND & KNIGHT LLP

                              By: _____
                              Michael J. Frevola
                              Lissa D. Schaupp
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:   (212) 513-3200
                              Fax:  (212) 385-9010

**SO ORDERED:**
                              *Attorneys for Plaintiff*

_____
U.S.D.J.
1/9/08